UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>Plaintiff,<br><br>v.<br><br>SOILAND CO., INC.,<br><br>Defendant. | Case No.  14-cv-04411-DMR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; ORDER FOR STATUS REPORT** |

The court has received the parties' notice of settlement.  The Case Management Conference scheduled for July 1, 2015 is **vacated.**  By **August 21, 2015**, the parties shall file either a stipulated dismissal or a status report.

**IT IS SO ORDERED.**

Dated: June 25, 2015

_____
Donna M. Ryu
United States Magistrate Judge